UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Criminal No. 06- 614 |
| TERRY PEPPERS,<br>a/k/a "Skee" | : | 18 U.S.C. § 922(g)(1) |

INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

Count One

On or about September 12, 2002, in Essex County, in the District of New Jersey, and elsewhere, defendant

TERRY PEPPERS,
a/k/a "Skee,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, namely, a semiautomatic handgun, bearing serial number 462008, which was loaded with ten rounds of matching ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## Count Two

On or about January 13, 2004, in Essex County, in the District of New Jersey, and elsewhere, defendant

> TERRY PEPPERS,
> a/k/a "Skee,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, namely, one Glock .40 caliber handgun bearing serial number ECT254.

In violation of Title 18, United States Code, Section 922(g)(1).

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

TERRY PEPPERS,
a/k/a "Skee"

# INFORMATION FOR
18 U.S.C. § 922(g)(1)

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY NEWARK, NEW JERSEY

SERINA M. VASH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-297-2050