**ALD-176**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1051
_____

UNITED STATES OF AMERICA

v.

TERRY PEPPERS, agent of SKEE
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal No. 06-cr-00614-001)
District Judge: Honorable Katharine S. Hayden
_____

Submitted for Possible Dismissal due to a Jurisdictional Defect,
a Decision on the Issuance of a Certificate of Appealability, and
for Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
May 10, 2012
Before: SLOVITER, FISHER and WEIS, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States

District Court for the District of New Jersey and was submitted for possible

dismissal due to a jurisdictional defect, a decision on the issuance of a certificate of

appealability, and for summary action pursuant to Third Circuit LAR 27.4 and

I.O.P. 10.6 on May 10, 2012.  On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the judgment of the District Court entered December 13, 2011, be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

                                      ATTEST:

                                      /s/Marcia M. Waldron
                                      Clerk

DATED: May 24, 2012

**Certified as a true copy and issued in lieu
of a formal mandate on** July 16, 2012

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2